UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Andrew Broady and
Forever Music Productions, LLC

   v.                              Civil No. 12-cv-79-LM

Lawrency Hoppen, Lance Hoppen
and Thomas Kallman


**NOTICE OF RULING**


    Ruling: Plaintiffs' request for a temporary restraining order is denied, as plaintiffs have not proffered a sufficient rationale for the court to act prior to the defendants having an opportunity to be heard in opposition.  Plaintiffs' request for preliminary injunction is taken under advisement until plaintiffs file proof of service of the complaint (doc. no. 1) and motion for injunctive relief (doc. no. 12), on each defendant.  Once such proof is filed, a hearing on plaintiffs' request for preliminary injunction will be scheduled on an expedited basis.

                                          _____
                                          Landya McCafferty
                                          United States Magistrate Judge

Date: March 23, 2012

cc: Lynn A. Leonard, Esq.